AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| VEER CHETAL | ) Case No. 24-CR-494 (CKK) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* VEER CHETAL,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Date: 01/24/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Coleen Kollar-Kotelly
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Veer Chetal
Known aliases:
Last known residence: 14 MORTON STREET UNIT 4 DANBURY CONNECTICUT
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers: 475-218-9342
Place of birth: India
Date of birth: 03/03/2006
Social Security number:
Height: 5'8                     Weight:
Sex: MALE                       Race:
Hair:                           Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: FEDERAL BUREAU OF INVESTIGATION
9325 Discovery Boulevard Manassas, VA 20109

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Lakeshia Forbes, 202-923-0451 (Cell)

Date of last contact with pretrial services or probation officer *(if applicable)*: