IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

UNITED STATES OF AMERICA,   CASE NO. 24-cr-494-CKK

v.   **SEALED**

VEER CHETAL,

    Defendant.
_____//

**SEALED UPDATE REGARDING IMMIGRATION/VISA STATUS**

    Comes now the Defendant, Veer Chetal ("Veer"), through undersigned counsel, and hereby files this Update Regarding Immigration/Visa Status.

    During the hearing that took place on April 2, 2025, pertaining to the defendant's Motion for Pretrial Release, certain questions were raised regarding both the defendant's visa status and his parents' visa status.

    After the hearing, undersigned counsel conferred with Ekta Dixit, Esquire, the immigration attorney retained by the Chetals to assist with the family's immigration status in the U.S.

    As for Sushil and Radhika, Ms. Dixit provided the following information:

> "Sushil and Radhika are considered in authorized stay while their U visa is pending. Once they have the U visa they will be "U Status." There are no concerns, regarding their status. Once I have the receipts of the filing, I will share them with the Chetal's and with you."

    As for the defendant himself, Ms. Dixit has told undersigned counsel that she will apply for a derivative U visa for him, based on his parents' pending U visa application.

#103673001v1

                Respectfully submitted,
                **JONES WALKER LLP**
                201 S. Biscayne Blvd., Suite 3000
                Miami, FL 33131
                Telephone: (305) 679-5700
                Facsimile: (305) 679-5710
                By:    */s/David S. Weinstein*
                        David S. Weinstein
                        Florida Bar No. 749214
                        *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 3rd day of April, 2025, the foregoing motion filed in this Sealed Case is being served this day on counsel for the government via the email listed below:

Kevin Rosenberg, Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579
kevin.rosenberg@usdoj.gov

                                    */s/ David S. Weinstein*
                                    David S. Weinstein

#103673001v1