IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

UNITED STATES OF AMERICA,            CASE NO. 24-cr-494-CKK

v.

VEER CHETAL,

    Defendant.
_____//

**SUPPLEMENT TO REPLY IN SUPPORT OF**
**MOTION TO ALLOW INTERNET ACCESS WHILE PRETRIAL DETAINED OR FOR**
**READMISSION TO PRETRIAL RELEASE**

Comes now the Defendant, Veer Chetal ("Veer"), through undersigned counsel, and hereby files this Supplement to his Reply in Support of his Motion for Internet Access while he is Pretrial Detained or for Readmission to Conditions of Pretrial Release (ECF-44). This supplement addresses recent events that have occurred since the time that the defendant filed his Reply.

**Online University Enrollment**

When the Defendant initially filed his Motion for Internet Access while he is Pretrial Detained or for Readmission to Conditions of Pretrial Release (ECF-41), his start date for the University of Arizona Global Campus was November 18, 2025. On November 10, 2025, a new start date of December 9, 2025, was processed. He was subsequently allowed to adjust that start date. The start date has now been changed to January 27, 2026. All other conditions of his online enrollment remain the same.

**Speculation that a co-conspirator could pay the defendant to flee and not testify**

In their responses. the government has consistently referred to "additional co-conspirators [who] remain at large or [who are] not yet fully identified." On October 29, 2025, the Grand Jury

#110639052v1

returned a Second Superseding Indictment in Case Number 24-cr-417-CKK (ECF-229), which remained partially under seal, until December 5, 2025. At that time the government filed a Motion to Unseal (ECF-254) and stated that they had, "…recently learned that the two remaining defendants, Danish Zulfiqar and Mustafa Ibrahim have recently been arrested in the United Arab Emirates."

Except for FNU LNU-1, also know as "~_~" "Squiggly'" and "CHEN," all of the defendants named in the Second Superseding Indictment in Case Number 24-cr-417-CKK have been taken into custody. There has been nothing to indicate that Veer has maintained any contact with Chen and therefore, the government's speculation that a co-conspirator could pay the defendant to flee and not testify, has been ameliorated.

Wherefore, the defendant is renewing his request that the Court reconsider its Order Denying his Motion to for Readmission to Pretrial Release.

> Respectfully submitted,
> **JONES WALKER LLP**
> 201 S. Biscayne Blvd., Suite 3000
> Miami, FL 33131
> Telephone: (305) 679-5700
> Facsimile: (305) 679-5710
> By:   */s/David S. Weinstein*
>         David S. Weinstein
>         Florida Bar No. 749214
>         *Admitted Pro Hac Vice*

#110639052v1