IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

UNITED STATES OF AMERICA,                    CASE NO. 24-cr-494-CKK

v.

VEER CHETAL,

    Defendant.

_____//

**UNOPPOSED MOTION FOR U.S. MARSHAL'S SERVICE TO TRANSPORT
DEFENDANT, VEER CHETAL FOR BIOMETRIC APPOINTMENT**

Comes now the Defendant, Veer Chetal ("Chetal"), through undersigned counsel, and hereby files his Unopposed Motion for U.S. Marshal's Service to Transport Defendant, Veer Chetal, for Biometric Appointment and in support thereof states as follows:

1.  Defendant Veer Chetal, has a USCI Biometrics appointment scheduled for Friday, March 27, 2026 at 10:00 a.m. (Attached hereto as Exhibit 1).  USCIS limits these requests, and any further delays could risk a of his Visa application.  Maintaining his immigration status was a particularly critical factor for the court in connection with prior decisions.  In addition, since the defendant is now 20 years old, any further delays could cause him to age out of his dependent benefit status and lose eligibility for benefits once he turns 21.

2.  Defendant's Case Manager, Steven Barlow, of the Rappahannock Regional Jail, will not be able to transport the Defendant to the appointment without the explicit permission of the U.S. Marshal's Service.

3.  The total time required for the defendant to appear for and complete his Biometrics appointment would be the travel time to and from the facility, plus the appointment itself, which

#111429177v1

typically lasts only 10–15 minutes for photos and fingerprints.  The Defendant will not have access to a phone or computer at any point during this time.

4.  Counsel for the Defendant has conferred with Assistant U.S. Attorney William Hart, who does not oppose the relief requested in this motion.

Wherefore, the defendant is asking that the court issue an Order permitting and directing the U.S. Marshal's Service to Transport the defendant to his Biometrics Appointment on Friday, March 27, 2026 at 10:00 a.m.

Respectfully submitted,

**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
By:     */s/David S. Weinstein*
        David S. Weinstein
        Florida Bar No. 749214
        *Admitted Pro Hac Vice*

2

#111429177v1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 24th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served on this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing:

William Hart, Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579
william.hart@usdoj.gov
kevin.rosenberg@usdoj.gov

Steven Barlow
Case Manager – Delta
Rappahannock Regional Jail
PO Box 548
Fredericksburg, VA 22404
barlows@rrj.state.va.us

U.S. Marshal's Service                          */s/ David S. Weinstein*
                                                David S. Weinstein

3

#111429177v1